1 | MICHELE BECKWITH
Acting United States Attorney
2 | CHAN HEE CHU
Assistant United States Attorney
3 | MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000

6 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:25-po-00034-CDB |
|---|---|
| Plaintiff, | [Citation #E1200336 CA/71] |
| v. | |
| WILLIAM S. KARRAS, | MOTION AND [PROPOSED] ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00034-CDB [Citation #E1200336 CA/71] against WILLIAM S. KARRAS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 18, 2025                                Respectfully submitted,

                                                      MICHELE BECKWITH
                                                     Acting United States Attorney

By:   /s/ *Chan Hee Chu*
      CHAN HEE CHU
      Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Rule 48(a), Fed. R. Crim. P., that Case No. 5:25-po-00034-CDB [Citation #E1200336 CA/71] against WILLIAM S. KARRAS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **March 19, 2025**  _____
UNITED STATES MAGISTRATE JUDGE